# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JUDY CARWILE,

    Plaintiff,                        CASE NO.

v.

FIRST SOURCE ADVANTAGE, LLC,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, JUDY CARWILE ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, FIRST SOURCE ADVANTAGE, LLC alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the City of Davenport, County of Polk, State of Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in Buffalo, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places telephone calls to Plaintiff seeking and demanding payment for an alleged debt owed.

12. Defendant leaves voicemail messages for Plaintiff and requests a call back on telephone number: 888-267-5214.

13. Defendant leaves voicemail messages for Plaintiff that fail to inform Plaintiff that the Defendant is a debt collector (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

b. Defendant violated *§1692e(10)* of the FDCPA by engaging in deceptive means to attempt to collect a debt by failing to disclose that the call is from a debt collector.

c. Defendant violated *§1692e(11)* of the FDCPA and failing to disclose in subsequent communications that the call is from a debt collector.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1,000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

16. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

17. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: ___/s/ James Pacitti_____
James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JUDY CARWILE, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

    Plaintiff, JUDY CARWILE, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, JUDY CARWILE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11-9-2010

*[signature: Judy Carwile]*
JUDY CARWILE,
Plaintiff

VERIFIED COMPLAINT      4